# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE

LIBERTY INSURANCE CORPORATION
AS SUBROGEE OF TIMOTHY ADLER,

    Plaintiffs,

v.

GREPOW, INC. and
HORIZON HOBBY, LLC

    Defendants.

Civil Action No.: 3:21-cv-196
Judge: Thomas A. Varlan
Magistrate Judge: Debra C. Poplin

NOTICE OF REMOVAL
JURY TRIAL DEMANDED

## GREPOW, INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Grepow, Inc. states that it is not a publicly traded company and that no publicly held corporation owns 10% or more of its stock.

Dated this 2nd day of June, 2021.

Respectfully submitted:

/s/ Christopher M. Myatt
Christopher M. Myatt (024629)
MARTIN, TATE, MORROW & MARSTON, P.C.
International Place, Tower II
6410 Poplar Avenue, Suite 1000
Memphis, TN 38119-4839
(901) 522-9000
cmyatt@martintate.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing has been served upon all counsel of record via the Court's ECF system this the 2nd day of June, 2021.

/s/ Christopher M. Myatt
Christopher M. Myatt