# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | | |
|---|---|---|
| **LIBERTY INSURANCE CORPORATION**, As subrogee of **TIMOTHY ADLER**, | * * * | |
| Plaintiff, | * * | |
| v. | * * | No. 3:21-cv-196-TAV-DCP |
| **GREPOW, INC.** and **HORIZON HOBBY, LLC,** | * * * | |
| Defendants. | * * | |
| **LIBERTY INSURANCE CORPORATION**, As subrogee of **TIMOTHY ADLER**, | * * * | |
| Plaintiff, | * * | |
| v. | * * | No. 3:21-cv-343-TAV-DCP |
| **SHENZHEN GREPOW BATTERY CO., LTD** d/b/a **GENS ACE,** and **SHENZHEN GREPOW BATTERY CO. LTD** d/b/a **TATTU,** | * * * * | |
| Defendants. | * | |

## DEFENDANT SHENZHEN GREPOW BATTERY CO., LTD.'S
## MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

COMES NOW the Defendant, Shenzhen Grepow Battery Co., Ltd., ("Shenzhen Grepow")[1], to submit its Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(2).

As grounds for this Motion and as explained in more detail in Shenzhen Grepow's contemporaneously-filed Memorandum of Law, Shenzhen Grepow would show that it is not a Tennessee corporation, it does not maintain its principal place of business in Tennessee, and it

---

[1] Plaintiff has named Shenzhen Grepow Battery Co., Ltd. as if there were two defendants. However, there is only one defendant entity, Shenzhen Grepow Battery Co., Ltd.

does not maintain substantial operations in Tennessee. For those reasons, this Court can exercise neither general jurisdiction nor specific personal jurisdiction over Shenzhen Grepow. Accordingly, Plaintiff's Complaint should be dismissed with prejudice.

In addition to the Memorandum of Law and the record in this case, Shenzhen Grepow relies on the following additional materials in support of its Motion to Dismiss:

**Exhibit A**:   Declaration of Zhongqiang Xia

**WHEREFORE,** Shenzhen Grepow respectfully requests that this Court issue an Order dismissing Plaintiff's Complaint in its entirety and with prejudice.

        Respectfully submitted,

        **CARR ALLISON**

BY: */s/ Sean W. Martin*
     **SEAN W. MARTIN, BPR #020870**
     *Attorneys for Defendant Shenzhen Grepow Battery Co., Ltd.*
     736 Market Street Suite 1320
     Chattanooga, TN 37402
     (423) 648-9832 / (423) 648-9869
     swmartin@carrallison.com

## CERTIFICATE OF COMPLIANCE WITH THE ORDER GOVERNING MOTIONS TO DISMISS

Pursuant to this Court's Order Governing Motions to Dismiss (D.E. 4), the undersigned attorney hereby certifies that the matters at issue in this Motion cannot be resolved through an amendment of Plaintiff's Complaint.

        BY:   */s/ Sean W. Martin*
             **SEAN W. MARTIN, BPR# 020870**

- 2 -

Case 3:21-cv-00196-TAV-DCP   Document 36   Filed 02/23/23   Page 2 of 3   PageID #: 133

## CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2023, I electronically filed the above titled document with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

| | |
|---|---|
| J. Chad Hogue<br>Law Offices of Julie Bhattacharya Peak<br>PO Box 7217<br>London, KY 40742 | Christopher Myatt<br>Martin Tate Morrow & Marston, PC<br>6410 Poplar Ave., Suite 1000<br>Memphis, TN 38119-4839 |
| Rocklan W. King, III<br>Adams and Reese, LLP<br>1600 West End Ave., Suite 1400<br>Nashville, TN 37203 | Eugene M. LaFlamme<br>Michael A. LoCoco<br>McCoy Leavitt Laskey, LLC<br>Riverwood Corporate Center III<br>N19 W24200 Riverwood Drive, #125<br>Waukesha, WI 53188 |

**CARR ALLISON**

BY: */s/ Sean W. Martin*
     **SEAN W. MARTIN, BPR# 020870**