UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| LIBERTY INSURANCE CORPORATION, as Subrogee of TIMOTHY ADLER, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No.: 3:21-CV-196-TAV-DCP |
| GREPOW, INC. and HORIZON HOBBY, LLC, | ) ) ) ) | |
| Defendants. | ) ) ) | *Lead Case Consolidated with* |
| LIBERTY INSURANCE CORPORATION, as Subrogee of TIMOTHY ADLER, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No.: 3:21-CV-343-TAV-DCP |
| SHENZHEN GREPOW BATTERY CO. LTD, d/b/a GENS ACE and SHENZHEN GREPOW BATTERY CO. LTD, d/b/a TATTU, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## **ORDER**

This civil action is before the Court on Defendant Shenzhen Grepow Battery Co., Ltd.'s Motion to Strike its Motion to Dismiss [Case No. 3:21-cv-196, Doc. 38; Case No. 3:21-cv-343, Doc. 41]. Defendant requests that the Court strike its motion to dismiss [Case No. 3:21-cv-196, Doc. 36; Case No. 3:21-cv-343, Doc. 39] without prejudice to its refiling once the stay is lifted.

Based on the foregoing, and for good cause, defendant's motion [Case No. 3:21-cv-196, Doc. 38; Case No. 3:21-cv-343, Doc. 41] is **GRANTED**. Defendant's motion to dismiss [Case No. 3:21-cv-196, Doc. 36; Case No. 3:21-cv-343, Doc. 39] **SHALL** be **STRICKEN** from the record, with leave to refile once the stay of this case is lifted.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE